UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
     v.                    )     2:10-CR-389 GMN (VCF)
                           )
MARTIN SATERSTAD,          )
                           )
            Defendant.     )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 17, 2012, defendant MARTIN SATERSTAD pled guilty to Counts One and Three of a Three-Count Criminal Indictment charging him in Count One with Discharging a Firearm During a Drug Trafficking Offense in violation of Title 18, United States Code, Section 924(c)(1) (A) and in Count Three with Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1). Docket #1.

This Court finds defendant MARTIN SATERSTAD agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant MARTIN SATERSTAD pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (a)(2):

a) a Winchester Defender shotgun, serial # L2765087;

b) a Bryco Arms Jennings 9mm pistol, serial # 1396775; and

c) any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MARTIN SATERSTAD in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

MICHAEL A. HUMPHREYS
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 18th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

3